JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, CONTRACT COMPLIANCE FUND, ADMINISTRATIVE MAINTENANCE FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, | Case No.: CV 12-1365 DSF (VBKx) **JUDGMENT** |
| Plaintiffs, | |
| vs. | |
| NATIONAL FIRE SYSTEMS AND SERVICES, INC., a California corporation, | |
| Defendant. | |

1

The Court having granted Plaintiffs' Motion for Summary Judgment,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Contract Compliance Fund, Administrative Maintenance Fund and the Los Angeles Electrical Workers Credit Union, shall recover from Defendant National Fire Systems and Services, Inc., a California corporation, $185,540.43 and post-judgment interest as provided by law.

Dated: 4/24/13  _____

UNITED STATES DISTRICT JUDGE

2